Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for Plaintiff
494 Eighth Avenue, 7th Floor
New York, New York 10001
Telephone:   (646) 328-0120
Nicholas P. Giuliano (NG 1060)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MERCHANT CASH & CAPITAL LLC,

                Plaintiff,

     - against-

GLOBAL RESTAURANT GROUP, LLC.,
d/b/a CRESCENT MOON RESTAURANT,
WILLIAM DALLAS CURTIS,
JOHN G. KASTANOS, and
STRONG RESTAURANT GROUP, LLC.

                Defendants.
------------------------------------------------------------X

ECF CASE
08 CV 4895 (PAC)(MHD)

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff MERCHANT CASH & CAPITAL LLC. (private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which own 10 percent or more of said parties' stock: NONE.

Dated: New York, New York
      May 23, 2008

                            Bennett, Giuliano, McDonnell & Perrone, LLP
                            Attorneys for Plaintiff
                            MERCHANT CASH & CAPITAL, LLC

                            _____
                            Nicholas P. Giuliano

                                                    Erika M. Achtziger
                                                    494 Eighth Avenue, 7th Floor
                                                    New York, New York 10001
                                                    Telephone:   (646) 328-0120

**TO:**    William Dallas Curtis
           265 Stonewall Avenue West
           Apartment 14
           Fayetteville, GA 30214

           Global Restaurant, LLC
           d/b/a Crescent Moon Restaurant
           P.O. Box 8179
           Atlanta, GA 31106

           John G. Kastanos
           2118 Clairmont Road
           Decatur, GA 30032

           Strong Restaurant Group, LLC
           2118 Clairmont Road
           Decatur, GA 30032

Z:\Documents\All Files\D817 MCC v. Crescent Moon Restaurant\Pleadings\Rule7.1Stmt-052108.doc