AO 440 (REV. 10/93) Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

MERCHANT CASH & CAPITAL, LLC

**AMENDED SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 08 CV 4895 (PAC) (MHD)

GLOBAL RESTAURANT GROUP, L.L.C.
D/B/A CRESCENT MOON RESTAURANT,
WILLIAM DALLAS CURTIS, JOHN G.
KASTANOS, AND STRONG RESTAURANT
GROUP, L.L.C.

TO: (Name and address of defendant)
William Dallas Curtis
265 Stonewall Avenue West
Apartment 14
Fayetteville, GA 30214

✓ Global Restaurant Group, LLC
d/b/a Crescent Moon Restaurant
P.O. Box 8179
Atlanta, GA 31106

John G. Kastanos
2118 Clairmont Road
Decatur, GA 30032

Strong Restaurant Group, LLC
2118 Clairmont Road
Decatur, GA 30032

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nicholas P. Giuliano
Bennett, Giuliano, McDonnell & Perrone, LLP
494 Eighth Avenue, 7th Floor
New York, NY 10001

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

__J. MICHAEL McMAHON__          MAY 2 8 2008
CLERK                            DATE

_Catherine Lapsley_ (signature)

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 6/25/08 1:05 PM |
| NAME OF SERVER (PRINT) Nick Mallas | TITLE Process Server |

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Please where served: GLOBAL RESTAURANT GROUP, 2388 Clairmont RD, NE, Atlanta, GA 30329

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[X] Other (specify): by personally handing to registered agent, John G. Kastanos

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/26/08
                Date

Signature of Server

Address of Server: 4258 D'Youville Trace, Atlanta, GA 30341

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.