AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

MERCHANT CASH & CAPITAL, LLC

**AMENDED SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 08 CV 4895 (PAC) (MHD)

GLOBAL RESTAURANT GROUP, L.L.C.
D/B/A CRESCENT MOON RESTAURANT,
WILLIAM DALLAS CURTIS, JOHN G.
KASTANOS, AND STRONG RESTAURANT
GROUP, L.L.C.

TO: (Name and address of defendant)
William Dallas Curtis
265 Stonewall Avenue West
Apartment 14
Fayetteville, GA 30214

Global Restaurant Group, LLC
d/b/a Crescent Moon Restaurant
P.O. Box 8179
Atlanta, GA 31106

✓ John G. Kastanos
2118 Clairmont Road
Decatur, GA 30032

Strong Restaurant Group, LLC
2118 Clairmont Road
Decatur, GA 30032

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nicholas P. Giuliano
Bennett, Giuliano, McDonnell & Perrone, LLP
494 Eighth Avenue, 7th Floor
New York, NY 10001

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                              MAY 2 8 2008
CLERK                                           DATE



(BY) DEPUTY CLERK

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE: 6/25/08 1:05 PM

NAME OF SERVER (PRINT): Nick Mallas

TITLE: Process Server

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Please where served: JOHN G. KASTANOS. 2388 Clairmont Rd., NE, Atlanta, GA 30329.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/26/08

Signature of Server

Address of Server: 4258 D'Youville Trace, Atlanta, GA 30341

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.